

**FILED**

4:47 pm, 11/23/20

**Margaret Botkins
Clerk of Court**

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming

Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk



November 23, 2020

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, Colorado 80257

Re:   ***Safeway Stores 46 Inc v. WY Plaza LC***
District Court Case Number:  2:19-cv-00143-KHR
Notice of Appeal filed:  11/23/2020
**$500.00 fee was paid * $5.00 fee was paid;** Receipt # CHY033883

Dear Mr. Wolpert:

Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of the district court docket entries.
- Copy of the notice of *amended* appeal.
- Copy of the district court's final judgment or order(s) from which the appeal is taken, as follows:

[37] JUDGMENT in favor of Defendant by the Honorable Margaret Botkins, Clerk of Court.

If any thing further is required, please let me know.

Sincerely,

MARGARET BOTKINS
Clerk of Court

By:  *Tiffany Dyer*
Deputy Clerk

Attachment(s)

**The procedures and appeal forms may be obtained from the U.S. Court of Appeals website at:
www.ca10.uscourts.gov**